NATIONAL AMERICAN COMPANY, INC., Respondent, v. HERBERT W. LEVY and Others, Appellants.— Order on motion to strike out defense and counterclaim modified by granting the motion to strike out paragraphs 29 and 30 only of the answer, and as so modified affirmed, for the reasons indicated in *National American Co., Inc.*, v. *Hoit* (*ante*, p. 701), decided herewith, with leave to defendants to serve an amended answer as stated in the order appealed from upon payment of ten dollars costs at Special Term. Appeal from order denying motion for resettlement dismissed. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILLIAM HIRSCH, Appellant, v. INTERBOROUGH RAPID TRANSIT COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

GUSTAV RYAN, Respondent, v. MUNSON STEAMSHIP LINE, Appellant.*— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy and O'Malley, JJ.

W. & J. SLOANE, Respondent, v. SAYRE A. WATKINS, Doing Business, etc., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES SELVIA, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

FANNY DIAMENT, as Executrix, etc., of MAX DIAMENT, Deceased, Respondent, v. HENRY LIPSET, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

OLGA SACHS, Appellant, v. JEANNETTE DRESS CO., INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy O'Malley and Sherman, JJ.

CHARLES SOHN, Appellant, v. 122 WEST FORTY-FIFTH STREET CORPORATION, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

In the Matter of the Application of HERBERT J. SCHULTZ, Appellant, against GROVER A. WHALEN, as Police Commissioner of the City of New York, Respondent.— Order of certiorari dismissed, and determination of respondent confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

PAUL MUNOZ, Appellant, v. HENRY S. THOMPSON and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements, with leave to the plaintiff to reply within ten days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

---

* Appeal dismissed, 254 N. Y. ——.